Argued January 18, affirmed January 18, petition for rehearing denied February 9, petition for review denied April 13, 1971

STATE OF OREGON, *Respondent, v.*
JAMES JOHN WALKER, *Appellant.*

479 P2d 244

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Robert M. Burrows,* District Attorney, Grants Pass, argued the cause for respondent. With him on the brief was Michael D. Henderson, Deputy District Attorney, Grants Pass.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.